Bruce W. PATTON, Petitioner,

v.

NATIONAL AERONAUTICS AND
SPACE ADMINISTRATION,
Respondent.

No. 2008–3327.

United States Court of Appeals,
Federal Circuit.

Feb. 13, 2009.

Christopher F. Attig, Attig Law Firm, PLLC, Dallas, TX, for Petitioner.

ON MOTION

*ORDER*

Upon consideration of Bruce W. Patton's motion to voluntarily dismiss his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

GROT, INCORPORATED,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2008–5014.

United States Court of Appeals,
Federal Circuit.

Feb. 13, 2009.

Andrew J. Kilpatrick Jr., Gore, Kilpatrick & Dambrino, Grenada, MS, for Plaintiff–Appellant.

Joan M. Stentiford, Department of Justice, Washington, DC, for Defendant–Appellee.

ON MOTION

*ORDER*

Upon consideration of Grot, Incorporated's motion to voluntarily dismiss this appeal due to settlement,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.